**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7005 1820 0002 1810 6867

Sent To: A.J. Watkins 08/07/06 01-00247-2
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Andy Joe Watkins
   1209 N. School St., #301
   Honolulu, HI  96817

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Juliet W_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 8/8/06

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label):   7005 1820 0002 1810 6867

102595-02-M-1540