# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

9/19/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 01-00247DAE |
| CASE NAME: | USA v. (02)Andy Joe Watkins |
| ATTYS FOR PLA: | Michael Kawahara |
| ATTYS FOR DEFT: | (02)Randy Oyama |
| USPO: | Carter Lee |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 9/19/2006 | TIME: | 2:45pm-3:30pm |

COURT ACTION:  EP: Order to Show Cause Why Supervised Released Should Not Be Revoked.

Defendant present, not in custody.

Defendant admits to all violations.

Order to Show Cause Why Supervised Released Should Not Be Revoked-HELD in abeyance.  Further Order to Show Cause Why Supervised Released Should Not Be Revoked set for 3/19/2007 @130pmDAE.

CONDITIONS MODIFIED TO INCLUDE THE FOLLOWING:

▸ That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision.  Failure to submit to a search may be grounds for revocation.  The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

The defendant shall have no contact with felon Joslyn G. Garcia, except for the purpose of determining child visitation issues, and with prior approval by the Probation Office.

The defendant shall have no contact with felon Michael "Mike G." Gravatt, without prior written approval from the Probation Office.

Order to be prepared by Mr. Oyama.

Submitted by: Theresa Lam, Courtroom Manager