# MINUTES

|  |  |
|---|---|
|  | FILED IN THE |
|  | UNITED STATES DISTRICT COURT |
|  | DISTRICT OF HAWAII |
|  | 11/22/2006  4:30 pm |
|  | SUE BEITIA, CLERK |

| CASE NUMBER: | CR 01-00247DAE |
|---|---|
| CASE NAME: | USA v. (02)Andy Joe Watkins |
| ATTYS FOR PLA: | Michael Kawahara |
| ATTYS FOR DEFT: | (02)Randy Oyama |
| USPO: | Carter Lee |

| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
|---|---|---|---|
| DATE: | 11/22/2006 | TIME: | 10:30am-11:05am |

COURT ACTION: EP: Order to Show Cause Why Supervised Released Should Not Be Revoked.

Defendant present, in custody.

Defendant admits to all violations.

Order to Show Cause Why Supervised Released Should Not Be Revoked-REVOKED.

SENTENCE:

Imprisonment: 30 MONTHS

Supervised Release: 24 MONTHS

CONDITIONS:

- That the defendant shall abide by the standard conditions of supervision.

- That the defendant not commit any crimes, federal, state, or local (mandatory condition).

- That the defendant not possess illegal controlled substances (mandatory condition)

- That the defendant shall refrain from any unlawful use of a controlled substance.

    The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision (mandatory condition).

- That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

- That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

- That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office.  The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

- That the defendant participate in a mental health program at the discretion and direction of the Probation Office.

- That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision.  Failure to submit to a search may be grounds for revocation.  The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

    The defendant shall not associate with Joslyn G. Garcia, a felon under federal supervision, except for issues involving child visitation, and the health and welfare of the child and mother, as approved by the Probation Office.

    The defendant shall not associate with Michael "Mike G." Gravatt, a felon, without prior written approval from the Probation Office.

    That the defendant reside at and participate in a residential reentry center such as Mahoney Hale for a period not to exceed 180 days.

JUDICIAL RECOMMENDATIONS: FDC Honolulu.

Defendant advised of his right to appeal.

Defendant remanded to the custody of U.S. Marshals.

Submitted by:  Theresa Lam, Courtroom Manager