ORIGINAL

RANDY OYAMA, #5767
Attorney at Law
888 Mililani Street, PH2
Honolulu, Hawai'i 96813
Telephone: 521-9840

ATTORNEY FOR DEFENDANT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 0 1 2006

at 3 o'clock and 35 min P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>ANDY JOE WATKINS<br><br>          Defendant. | CR. NO.   01-00247DAE<br><br>DEFENDANT ANDY JOE WATKINS'<br>NOTICE OF APPEAL; EXHIBIT "A";<br>CERTIFICATE OF SERVICE |

## DEFENDANT ANDY JOE WATKINS' NOTICE OF APPEAL

Notice is hereby given pursuant to Fed. R. App. P. 4(b), that Defendant, through his court-appointed CJA Panel attorney, Randy Oyama, Esq., hereby appeals to the United States Court of Appeals for the Ninth Circuit from the U.S. District Court Minutes, filed November 22, 2006, and entered by the Honorable David Alan Ezra, a copy of which is attached hereto and marked as Exhibit "A."

DATED: Honolulu, Hawai'i, December 1, 2006.

_____
RANDY OYAMA
Attorney for Defendant
ANDY JOE WATKINS