**CERTIFICATE OF SERVICE**

I hereby certify that a copy of Defendant Andy Joe Watkins' Notice of Appeal will be served upon the following party (ies) upon the filing hereof by:

[X]  Hand-Delivery,  or  [ ] U.S. mail:

   Michael K. Kawahara
   ASSISTANT U.S. ATTORNEY
   PJKK Federal Building, Room 6-100
   300 Ala Moana Boulevard
   Honolulu, Hawaii 96850

   Mr. Carter Lee
   U.S. Probation Officer
   PJKK Federal Building, Room 2-215
   300 Ala Moana Boulevard
   Honolulu, Hawaii 96850

   DATED: Honolulu, Hawaii, December 1, 2006.

                              _____
                              RANDY OYAMA
                              Attorney for Defendant
                              ANDY JOE WATKINS