# UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

Sue Beitia
Clerk of Court

TEL (808) 541-1300
FAX (808) 541-1303

January 5, 2007

MICHAEL K. KAWAHARA
OFFICE OF THE U.S. ATTORNEY
300 ALA MOANA BLVD., STE. 6100
HONOLULU, HI  96850

IN RE:    U.S.A v. ANDY JOE WATKINS
CR NO.    CR 01-00247DAE

Dear Counsel:

Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on 12/01/06.

All counsel (or Pro Se) should read and follow the enclosed instructions. Thank You.

Sincerely,
Sue Beitia, Clerk

By    Laila M. Geronimo
      Deputy

Enclosures

cc:    Clerk, 9th CCA w/copy of NA,
           docket sheet, dfnf
       RANDY OYAMA
           with copy of instructions for criminal appeals
           Transcript Desig. & Ordering Form
           with instructions and a copy of the
           docket sheet

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I. **SHORT CASE TITLE:**   U.S.A. vs. ANDY JOE WATKINS

   **U.S. COURT OF APPEALS DOCKET NUMBER:** _____

   **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

   **U.S. DISTRICT COURT DOCKET NUMBER:** CR 01-00247DAE

II **DATE NOTICE OF APPEAL FILED:**   12/01/06

III **U.S. COURT OF APPEALS PAYMENT STATUS:**   CJA APPOINTED

   **DOCKET FEE PAID ON:**              **AMOUNT:**

   **NOT PAID YET:**                    **BILLED:**

   **U.S. GOVERNMENT APPEAL:**          **FEE WAIVED:**

   **WAS APPELLANT OR APPELLE GRANTED F.P. STATUS?**

   **IF YES, SHOW DATE:**

   **WAS F.P. STATUS REVOKED:**         **DATE:**

   **WAS F.P. STATUS LIMITED IN SOME FASHION?**

   **IF YES, EXPLAIN:**

IV **COMPANION CASES, IF ANY:**

V. **COMPLETED IN THE U.S. DISTRICT COURT BY:**

   Laila M. Geronimo

_____

AMENDED NOTIFICATION _____ PAID _____ F.P. _____
DISTRICT COURT CLERK BY: _____

(Note:  This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)

TO:        Clerk, U.S. Court of Appeals                               Date: January 5, 2007

FROM:      Clerk, U.S. District Court, Hawaii

SUBJECT:   New Appeals Docketing Information, Criminal Case

## CASE INFORMATION

COMPLETE TITLE:        U.S.A. vs ANDY JOE WATKINS

U.S.D.C CASE NO.       CR 01-00247DAE

U.S.D.C. JUDGE:        David Alan Ezra

COMPLAINT (✓), INDICTMENT ( ), INFORMATION ( ), PETITION ( ), FILED:   06/10/01

APPEALED ORDER FILED:          11/28/06

NOTICE OF APPEAL FILED:        12/01/06

---

## COUNSEL INFORMATION

| APPELLANT: | APPELLEE: |
|---|---|
| RANDY OYAMA | MICHAEL K. KAWAHARA |
| ATTORNEY AT LAW | OFFICE OF THE U.S. ATTORNEY |
| 888 MILILANI ST., PH2 | 300 ALA MOANA BLVD., STE. 6100 |
| HONOLULU, HI  96813 | HONOLULU, HI  96850 |

(List multiple counsel on separate sheet and attach.)

APPOINTED BY: CJA

(e.g. C.J.A., Public Defender, Other.)

---

## DEFENDANT INFORMATION

ADDRESS:                               CUSTODY:          ✓

                                       BAIL:             __
F/P GRANTED:           __
                                       COUNSEL WAIVED:   __
NO OF DAYS OF TRIAL:   __
                                       COURT REPORTER(S):   C Y N T H I A
                                                            FAZIO, ESR,