UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

DOCKET FEE PAYMENT NOTIFICATION FORM

I.    **SHORT CASE TITLE:**   U.S.A. vs. ANDY JOE WATKINS

    **U.S. COURT OF APPEALS DOCKET NUMBER:** 07-10028

    **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

    **U.S. DISTRICT COURT DOCKET NUMBER:**  CR 01-00247DAE

II    **DATE NOTICE OF APPEAL FILED:**   12/01/06

RECEIVED
CLERK U.S. DISTRICT COURT
JAN 16 2007
DISTRICT OF HAWAII

III    **U.S. COURT OF APPEALS PAYMENT STATUS:**  CJA APPOINTED

    DOCKET FEE PAID ON:    AMOUNT:

    NOT PAID YET:    BILLED:

    U.S. GOVERNMENT APPEAL:    FEE WAIVED:

    WAS APPELLANT OR APPELLE GRANTED F.P. STATUS?

    IF YES, SHOW DATE:

    WAS F.P. STATUS REVOKED:    DATE:

    WAS F.P. STATUS LIMITED IN SOME FASHION?

    IF YES, EXPLAIN:

IV    **COMPANION CASES, IF ANY:**

V.    **COMPLETED IN THE U.S. DISTRICT COURT BY:**

    Laila M. Geronimo

___

AMENDED NOTIFICATION _____ PAID _____ F.P. _____
DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)