AO 245B    (Rev. 6/05) Judgment in a Criminal Case
            Sheet 2 - Imprisonment

CASE NUMBER:       1:01CR00247-002                                      Judgment - Page 3 of 5
DEFENDANT:         ANDY JOE WATKINS

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 30 MONTHS

[✔]    The court makes the following recommendations to the Bureau of Prisons:
       FDC Honolulu.

[✔]    The defendant is remanded to the custody of the United States Marshal.

[ ]    The defendant shall surrender to the United States Marshal for this district:
       [ ] at ___ on ___.
       [ ] as notified by the United States Marshal.

[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
       [ ] before _ on ___.
       [ ] as notified by the United States Marshal.
       [ ] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

Defendant delivered on  02 FEB 2007  to  FEDERAL DETENTION CENTER
                                         P.O. BOX 30547
                                         HONOLULU, HI 96820

at _____, with a certified copy of this judgment.

                                                    John T. Rathman
                                                    ~~UNITED STATES MARSHAL~~
                                                    WARDEN

                                            By      J. Lumi
                                                    ~~Deputy U.S. Marshal~~
                                                    Legal Tech

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
FEB 23 2007
at 3 o'clock and 10 min P M
SUE BEITIA, CLERK