
COPY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No._____    U.S. District Court Case No. __01-00247 DAE 02__

Short Case Title __USA v. ANDY JOE WATKINS (02)__

Date Notice of Appeal Filed by Clerk of District Court _____ December 01, 2006 _____

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| | | Voir Dire |
| | | Opening Statements |
| | | Settlement Instructions |
| | | Closing Arguments |
| | | Jury Instructions |
| | | Pre-Trial Proceedings |
| November 22, 2006 ✓ | Cynthia Fazio | Other (please specify) |

filed 1/5/07

(additional page for designations if necessary)

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII DEC 2 0 2006 at ___ o'clock ___30___ min ___ P___ M  SUE ___ CLERK

(  )  I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
(  )  As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
(✓)  As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered _____    Estimated date for completion of transcript _____

Print Name of Attorney __RANDY OYAMA__    Phone Number __521-9840__

Signature of Attorney __[signature]__

Address __888 Mililani Street, PH2, Honolulu, Hawaii 96813__

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII AUG 1 6 2007 at 2 o'clock 35 min P M  SUE BEITIA, CLERK

**SECTION B** - To be completed by court reporter

I, _____
(signature of court reporter)
have received this designation.

(  ) Arrangements for payment were made on _____
(  ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript--Due Date _____

Transcript produced / filed

**SECTION C** - To be completed by court reporter on 01/05/07 by court reporter.

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed _____    Court Reporter's Signature _____

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

Sue Beitia    08/16/07    BY: __[signature]__
(U.S. District Court Clerk)    (date)    DEPUTY CLERK

Additional page to Transcript Designation and Ordering Form

Section A: PROCEEDINGS

Other (please specify):

Order to Show Cause Why Supervised Release Should Not Be Revoked