**FILED**

**NOT FOR PUBLICATION**

NOV 26 2007

UNITED STATES COURT OF APPEALS

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>ANDY JOE WATKINS,<br><br>Defendant - Appellant. | No. 07-10028<br><br>D.C. No. CR-01-00247-DAE<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the District of Hawaii
David A. Ezra, District Judge, Presiding

Submitted November 13, 2007[**]

Before:    TROTT, W. FLETCHER, and CALLAHAN, Circuit Judges.

Andy Joe Watkins appeals from the district court's judgment revoking his supervised release. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review for reasonableness, *see United States v. Miqbel*, 444 F.3d 1173, 1176 (9th

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]   The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Cir. 2006), and we affirm.

Watkins contends that the district court erred by sentencing him above the range recommended under Chapter 7 of the Sentencing Guidelines, because the sentencing range took into account the nature of his violations of supervised release. We disagree. The record discloses that the district court considered the sentencing range and the other factors set forth at 18 U.S.C. § 3583(e). We conclude that the 30-month sentence was reasonable. *See* 18 U.S.C. §§ 3553(a)(2), 3583(e); *Miqbel*, 444 F.3d at 1182.

**AFFIRMED.**

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

DEC 18 2007

by: _____
Deputy Clerk