United States Court of Appeals for the Ninth Circuit
Record Transmittal Form

Date: October 3, 2007

To:   United States Court of Appeals    Attn:  ( )   Civil
      For the Ninth Circuit
      Office of the Clerk                       (X)   Criminal
      95 Seventh Street
      San Francisco, California 94103           ( )   Judge

From: United States District Court
      300 Ala Moana Blvd. Room C-338
      Honolulu, Hawaii 96813

| DC No: | CR 01-00247DAE | Appeal No: | 07-10028 |

Short Title:   USA vs. Watkins

| | | |
|---|---|---|
| Clerk's Files in | 2 | volumes  (✓) original  ( ) certified copy |
| Bulky docs | | volumes (folders)  docket # |
| Reporter's Transcripts | | volumes  ( ) original  ( ) certified copy |
| Exhibits | | volumes  ( ) under seal |
| | | boxes  ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos:

Acknowledgment: _____   Date: 10/5/07

cc: counsel

RECEIVED
CLERK U.S. DISTRICT COURT
FEB 19 2008
DISTRICT OF HAWAII