July 15, 2008

# DISTRICT COURT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
## 95 SEVENTH STREET
## SAN FRANCISCO, CALIFORNIA 94103
### (415) 355-7820

**RECEIVED**
CLERK U.S. DISTRICT COURT
JUL 18 2008
1:30pm
DISTRICT OF HAWAII

**District Court/Agency:** USDC Hawaii (Honolulu)
**Lower Court Number:** CR-01-00247-DAE
**Appeal Number:** 07-10028
**Short Title:** USA v. Watkins

of 3

| | Volumes | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Clerk's Records in: | 2 | | | 0 Certified Copy(ies) | | | | |
| Reporters Transcripts in: | 0 | | | | | | | |
| Bulky Documents in: | 0 | Envelopes | 0 | Expandos | 0 | Folders | 0 | Boxes |
| | 0 | Other | | | | | | |
| State Lodged Docs in: | 0 | Envelopes | 0 | Expandos | 0 | Folders | 0 | Boxes |
| | 0 | Other | | | | | | |

Other:

Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.